UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **17-20651-CR-SCOLA** / TORRES

18 U.S.C. § 371
18 U.S.C. §§ 1343, 1346
18 U.S.C. § 1503
18 U.S.C. § 2

UNITED STATES OF AMERICA,

v.

[1] CHRISTOPHER V. CICCIONE, II,
[2] JOSE BAYRON PIEDRAHITA-CEBALLOS, a/k/a "Cacheton," a/k/a "Montanero,"
[3] JUAN CARLOS VELASCO CANO, a/k/a "Cabezon,"

Defendants.
_____/

## MOTION TO SEAL PURSUANT TO LOCAL RULE 5.4(c)

The United States, by and through undersigned counsel, pursuant to Local Rule 5.4(c) of the Local Criminal Rules for the United States District Court for the Southern District of Florida, requests an Order to Seal the indictment and arrest warrants, and this motion to seal and proposed Order, until the arrest of defendant Christopher V. Ciccione, II.

1. Sealing is necessary to avoid notification of the existence of the arrest warrants, which could result in flight from prosecution, the destruction of or tampering with evidence, the intimidation of potential witnesses, jeopardize the safety of the arresting officers, or otherwise jeopardize the integrity of the investigation. The United States does not believe that any other procedure will adequately protect the needs of law enforcement given the facts and circumstances of this case.

2. Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the magistrate judge "to whom an indictment is returned may direct that the indictment be kept secret until the defendant

is in custody." Furthermore, such sealing is within the discretion of this Court and may be granted for "reasons other than taking defendants into custody" when they "validly support the sealing of the indictment." *United States v. Edwards,* 777 F.2d 644, 648 (11th Cir. 1985) (citing *United States v. Southland,* 760 F.2d 1366 (2d Cir. 1985)).

3. The United States requests that the indictment and the arrest warrant remain under seal until the arrest of defendant Christopher V. Ciccione, II, at which time the indictment and arrest warrants may be treated as a matter of public record. The United States will file an informative motion with this Honorable Court once the arrest warrant for defendant Christopher V. Ciccione, II is executed.

4. The United States further requests that: (1) a certified copy of the indictment be provided to those law enforcement officials involved in the prosecution of the case; and (2) copies of the sealed arrest warrants be made available to agents of the Department of Homeland Security and Immigration and Customs Enforcement and other federal, state, and local law enforcement agencies for execution. These requests are necessary since the arrest will occur outside the Southern District of Florida.

5. The United States has considered alternatives less drastic than sealing and has found none that would suffice to protect this investigation.

Respectfully submitted,

ANNALOU TIROL
Acting Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

_/s/ Luke Cass_
Luke Cass
Jennifer A. Clarke
Trial Attorneys

Public Integrity Section
Criminal Division
U.S. Department of Justice